No. 463. BERGER, RECEIVER, *v.* CHASE NATIONAL BANK;

No. 464. SCHRAM, RECEIVER, *v.* SAME;

No. 465. WARDELL, RECEIVER, *v.* SAME;

No. 466. YOUNG, SUCCESSOR TO HARDEE, RECEIVER, *v.* SAME; and

No. 467. FEUCHT ET AL., LIQUIDATING TRUSTEES, *v.* SAME. See *ante*, p. 632.

No. 584. CRANE-JOHNSON Co. *v.* COMMISSIONER OF INTERNAL REVENUE. See *post*, p. 692.

No. 675. UNITED STATES *v.* STEWART. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. W. Glenn Harmon, Ernest L. Wilkinson,* and *John W. Cragun* for respondent.

No. 705. UNITED STATES *v.* DICKERSON. March 25, 1940. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biddle* for the United States. *Messrs. Herman J. Galloway, George R. Shields, John W. Gaskins,* and *Fred W. Shields* for respondent.

No. 715. UNITED STATES *v.* SUMMERLIN, ANCILLARY ADMINISTRATRIX. March 25, 1940. Petition for writ of certiorari to the Supreme Court of Florida granted. *Solicitor General Biddle* for the United States. *Mr. Asbury Summerlin* for respondent.